YOUR NAME   SALAH M. ALENAZI
YOUR ADDRESS   11211 AVENIDA DE LOS LOBOS #F, SAN DIEGO, CA 92127
YOUR TELEPHONE NUMBER   858-248-0461

FILED
08 FEB -8 PM 12: 54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

SALAH M. ALENAZI                )
                                )
                                )
                                )   '08 CV 0247 IEG CAB
        -v-                     )   Case No. _____
Michael Chertoff, Secretary of DHS, )   (To be assigned at time of filing)
Paul M. Pierre, District Dir of Bureau of CIS, )
Emilio T. Gonzalez, Director of CIS )
USCIS,                          )
                                )   COMPLAINT FOR (Brief description of document)
                                )
                                    Declaratory and Injunctive Relief and Petition for Naturalization

Plaintiff alleges:

Count 1: The following civil right has been violated: Right to de nova judicial determination for application for naturalization 8 U.S.C. &1447(b).

1. Because Defendant(s) have failed to adjudicate Plaintiff's naturalization application within 120 days after the date of his naturalization examination, Plaintiff to de novo adjudication of his naturalization application by this Court under 8 U.S.C & 1447(b).

2. This Court should grant Plaintiff naturalization application pursuant to 8 U.S.C. &1447(b), because Plaintiff meets all the requirement for naturalization under chapter 2 of the Immigration and Nationality Act, 8 U.S.C. & 1421 st seq., and therefore has a right to become a naturalized citizen of the United States.

Count 2: Unreasonable delay in violation of the Administrative Procedures Act:

1. The Administrative Procedures Act requires administrative agencies to conclude matters

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

presented to them "within a reasonable time" 5 U.S.C & 555. A district court reviewing agency action may "compel agency action unlawfully withheld or unreasonably delayed."

2. The failure of defendants Pierre, Emilio to adjudicate the application for naturalization of the proposed Plaintiff within 120 days of the date of naturalization examinations on the basis of uncompleted "name checks," in violation of 8 U.S.C. & 1446(b) and 8 C.F.R &335, violates the Administrative Procedure Act, 5 U.S.C & 555(b); 5 U.S.C && 706(1), 706(2)(A), 702(2) (C), 706(2) (D).

1. Respondent Michael Chertoff is the Secretary of Homeland Security. He is sue in his official capacity.

2. Paul M. Pierre is the District Director of the Bureau of Citizenship and Immigrations Services. He is sued in his official capacity.

3. Emilio T. Gonzalez is the Director of the Bureau of Citizenship and Immigrations Services. He is sued in his official capacity.

4. USCIS is sued in it's official capacity.

Petitioner prays for the following relief:

1. Assume jurisdiction over the matter.

2. Review de novo and grant the named Plaintiff application for naturalization, pursuant to 8 U.S.C., & 1447(b).

****List of Attachments****

Exhibit(1). N-652 dated 04/20/2005.

Exhibit (2). I-797, Notice of Action.

*[signature]*

02/08/08

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#: A 78 242 600

On **APR 2 0 2005**, you were interviewed by USCIS officer **Daisy G. Lintz-Haroldsen, District Adjudications Officer**

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

NOTE: You will become a United States citizen *after* you have taken the oath of allegiance on the day of the Oath Ceremony. You are not eligible to register to vote until *after* the Oath Ceremony.

B) ✓ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 1/14/05)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | **NOTICE DATE** February 24, 2005 |
| **CASE TYPE** N400 Application For Naturalization | **INS A#** A 078 242 600 |
| **APPLICATION NUMBER** WSC*001107672 | **RECEIVED DATE** March 16, 2004 | **PRIORITY DATE** March 16, 2004 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
SALAH M ALENAZI
11211 AVENIDA DE LOS LOBOS F
SAN DIEGO CA 92127

**Please come to:**
BUREAU OF CITIZENSHIP & IMMIGRATION SERV
880 FRONT STREET
ROOM 1209 - 1ST FLOOR
SAN DIEGO CA 92101

**On (Date):** Wednesday, April 20, 2005
**At (Time):** 09:30 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
SUITE 1234
880 FRONT STREET
SAN DIEGO CA 92101-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 08/31/04) N

```
            UNITED STATES
            DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

         # 147420      - BH
         * * C O P Y * *
         February 08, 2008
              12:51:43


           Civ Fil Non-Pris
   USAO #.: 08CV0247 CIVIL FILING
   Judge..: IRMA E GONZALEZ
   Amount.:              $350.00 CK
   Check#.: BC# 0193



        Total-> $350.00



   FROM: ALENAZI V. CHERTOFF ET AL
         CIVIL FILING
```

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Alenazi, Salah M.
11211 Avenida De los Lobos #F
S.D. ca 92127

**DEFENDANTS**
1. Michael Chertoff, Paul M. Pierre, Emilio T. Gonzalez, USCIS

08 FEB -8 PM 2:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

'08 CV 0247 IEG CAB

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
N/A

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- X 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX) (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | •1 | •1 | Incorporated or Principal Place of Business in This State | •4 | •4 |
| Citizen of Another State | •2 | •2 | Incorporated and Principal Place of Business in Another State | •5 | •5 |
| Citizen or Subject of a Foreign Country | X 3 | •3 | Foreign Nation | •6 | •6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Declaratory and Injunctive Relief and petition for Naturalization 8 U.S.C. §1447(b).

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| • 110 Insurance | | | • 610 Agriculture | • 422 Appeal 28 USC 158 | • 400 State Reappointment |
| • 120 Marine | • 310 Airplane | • 362 Personal Injury- Medical Malpractice | • 620 Other Food & Drug | • 423 Withdrawal 28 USC 157 | • 410 Antitrust |
| • 130 Miller Act | • 315 Airplane Product Liability | | • 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | • 430 Banks and Banking |
| • 140 Negotiable Instrument | • 320 Assault, Libel & Slander | • 365 Personal Injury - Product Liability | | • 820 Copyrights | • 450 Commerce/ICC Rates/etc. |
| • 150 Recovery of Overpayment & Enforcement of Judgment | • 330 Federal Employers' Liability | • 368 Asbestos Personal Injury Product Liability | • 630 Liquor Laws | • 830 Patent | • 460 Deportation |
| • 151 Medicare Act | • 340 Marine | | • 640 RR & Truck | • 840 Trademark | • 470 Racketeer Influenced and Corrupt Organizations |
| • 152 Recovery of Defaulted Student Loans (Excl. Veterans) | • 345 Marine Product Liability | PERSONAL PROPERTY | • 650 Airline Regs | SOCIAL SECURITY | • 810 Selective Service |
| • 153 Recovery of Overpayment of Veterans Benefits | • 350 Motor Vehicle | • 370 Other Fraud | • 660 Occupational Safety/Health | • 861 HIA (13958) | • 850 Securities/Commodities Exchange |
| • 160 Stockholders Suits | • 355 Motor Vehicle Product Liability | • 371 Truth in Lending | • 690 Other | • 862 Black Lung (923) | |
| | | • 380 Other Personal Property Damage | LABOR | • 863 DIWC/DIWW (405(g)) | • 875 Customer Challenge 12 USC |
| • 190 Other Contract | • 360 Other Personal Injury | • 385 Property Damage Product Liability | • 710 Fair Labor Standards Act | • 864 SSID Title XVI | • 891 Agricultural Acts |
| • 195 Contract Product Liability | | | • 720 Labor/Mgmt. Relations | • 865 RSI (405(g)) | • 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | • 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | • 893 Environmental Matters |
| • 210 Land Condemnation | • 441 Voting | • 510 Motions to Vacate Sentence Habeas Corpus | • 740 Railway Labor Act | • 870 Taxes (U.S. Plaintiff or Defendant) | • 894 Energy Allocation Act |
| • 220 Foreclosure | • 442 Employment | | • 790 Other Labor Litigation | • 871 IRS - Third Party 26 USC 7609 | • 895 Freedom of Information Act |
| • 230 Rent Lease & Ejectment | • 443 Housing/Accommodations | • 530 General | • 791 Empl. Ret. Inc. Security Act | | • 900 Appeal of Fee Determination Under Equal Access to Justice |
| • 240 Tort to Land | • 444 Welfare | • 535 Death Penalty | | | • 950 Constitutionality of State |
| • 245 Tort Product Liability | • 440 Other Civil Rights | • 540 Mandamus & Other | | | X 890 Other Statutory Actions |
| • 290 All Other Real Property | | • 550 Civil Rights | | | |
| | | • 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- X 1 Original Proceeding
- • 2 Removal from State Court
- • 3 Remanded from Appelate Court
- • 4 Reinstated or Reopened
- • 5 Transferred from another district (specify)
- • 6 Multidistrict Litigation
- • 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
• CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $ 5000.00
Check YES only if demanded in complaint:
JURY DEMAND: • YES • NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 02/08/08          SIGNATURE OF ATTORNEY OF RECORD  [signature]

PAID $350 2/8/08 by KCPT# 147420

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

CR