Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SALAH M ALENAZI

vs

Michael Chertoff, Secretary of DHS,
Paul M. Pierre, District Dir of Bureau of CIS
Emilio T. Gonzalez, Director of CIS
USCIS,

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0247 IEG CAB

FILED
08 FEB -8 PM 1:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP
DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SALAH M. ALENAZI
11211 Avenida De Los Lobos #F
San Diego CA 92127

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/8/07
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)