
**UNITED STATES POSTAL SERVICE**

FILED
2008 FEB 29 PM 12: 27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

Date: 02/12/2008

salah alenazi:

The following is in response to your 02/12/2008 request for delivery information on your Certified item number 7006 2760 0003 1187 8031. The delivery record shows that this item was delivered on 02/11/2008 at 01:43 PM in SAN DIEGO, CA 92101 to F FREUER. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient: 880 Front 6293

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAN DIEGO CA 92101
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0125 |
| Certified Fee | | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | | $0.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.91 | |

7006 2760 0003 1187 8031

Sent To U.S. Attorney's office
Street, Apt. No.; or PO Box No. San Diego County office
City, State, ZIP+4 880 Front st, Rm 6293
San Diego, CA 92101

PS Form 3800, August 2006       See Reverse for Instructions

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SALAH M. ALENAZI

vs

Michael Chertoff, Secretary of DHS,
Paul M. Pierre, District Dir. of Bureau of IS
Emilio T. Gonzalez, Director of CIS
USCIS,

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0247 IEG CAB

TO: (Name and Address of Defendant)

U.S. Attorney's office
San Diego County office
880 Front St, Room 6293
San Diego, Ca 92101-8893

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SALAH M. ALENAZI
11211 Avenida de LOS LOBOS #F
SAN DIEGO CA 92127

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/8/07
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS:WORDPERFECT:14443:1 May 5, 1999 (11:34am)