

```
                                          FILED
                                     2008 FEB 29  PM 12: 29

Date: 02/14/2008                     CLERK US DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

salah alenazi:                       BY_____KNA_____DEPUTY
```

The following is in response to your 02/14/2008 request for delivery information on your Certified item number 7006 2760 0003 1187 8024. The delivery record shows that this item was delivered on 02/14/2008 at 07:45 AM in WASHINGTON, DC 20528 to J SNIDER. The scanned image of the recipient information is provided below.

Signature of Recipient:    *[signature: Joyce Snider / Joyce Snider]*

Address of Recipient:      *[handwritten address]*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41   0125 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.91 |

Postmark Here  02/09/2008

7006 2760 0003 1187 8024

Sent To: Michael Chertoff, Sec of DHS
Street, Apt. No.; or PO Box No.: U.S. Dep of Homeland Security
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, August 2006           See Reverse for Instructions

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SALAH M. ALENAZI

vs

Michael Chertoff, Secretary of DHS,
Paul M. Pierre, District Dir of Bureau of CIS
Emilio T. Gonzalez, Director of CIS
USCIS,

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0247 IEG CAB

TO: (Name and Address of Defendant)

Michael Chertoff, Secretary of DHS
U.S. Department of Homeland Security
Washington, DC 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SALAH M. ALENAZI
1121 Avenida de Los Lobos #F
San Diego CA 92127

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/8/07
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS:WORDPERFECT:14443:1 May 5, 1999 (11:34am)