```
                                FILED
                         2008 FEB 29  PM 12: 28

                         CLERK US DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                         BY_____knk_____DEPUTY
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.41 | 0125 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.91 | 02/09/2008 |

Postmark: STA 92128 SDSN RANCHO BERNARDO FEB 9 2008

Sent To: Emilio T. Gonzalez, Dir of USCIS
Street, Apt. No.; or PO Box No.: Dep of Homeland Security
City, State, ZIP+4: U.S. Citizenship & Immigration
Washington, DC 20528

PS Form 3800, August 2006          See Reverse for Instructions

7006 2760 0003 1187 8000

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SALAH M. ALENAZI

vs

Michael Chertoff, Secretary of DHS,
Paul M. Pierre, District Dir of Bureau of CIS
Emilio T. Gonzalez, Director of CIS
USCIS,

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0247 IEG CAB

TO: (Name and Address of Defendant)

Emilio T. Gonzalez, Director of USCIS
Department of Homeland Security
U.S Citizenship and Immigration Services
Washington, DC 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SALAH M. ALENAZI
1121 Avenida de Los Lobos #F
San Diego CA 92127

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____  
W. Samuel Hamrick, Jr.  
CLERK

2/8/07  
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS:WORDPERFECT:14443:1 May 5, 1999 (11:34am)