1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7  Attorneys for Defendants

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11 SALAH M. ALENAZI,                )   Case No. 08cv0247 IEG (CAB)
                                    )
12              Plaintiff,          )
                                    )   JOINT MOTION TO EXTEND TIME FOR
13         v.                       )   FILING OF RESPONSIVE PLEADING
                                    )
14 MICHAEL CHERTOFF, Secretary of the)
   Department of Homeland Security; PAUL)  [Fed.R.Civ.P. 6(b)(1)]
15 M. PIERRE, District Director of the United)
   States Citizenship and Immigration)
16 Services; EMILIO T. GONZALEZ,)
   Director of the United States Citizenship)
17 and Immigration Services,        )
                                    )
18              Defendants.         )
                                    )
19

20       COME NOW THE PARTIES, Plaintiff Salah M. Alenazi, and Defendants Michael Chertoff, et

21 al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant

22 United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants'

23 responsive pleading. The parties are working toward an extrajudicial resolution of Plaintiff's complaint,

24 and the parties have agreed that additional time is required before Defendants' filing of any responsive

25 pleading in order to pursue resolution of Plaintiff's claims without the intervention of the Court. In

26 order to address Plaintiff's claims and without waiving Defendants' rights to defend the causes of

27 actions and allegations, including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties

28 jointly request this extension of time. Based upon the foregoing, it is respectfully requested that the

1 | Court enter an order, under FED. R. CIV. P. 6(b)(1), expanding the time for the filing of Defendants'
2 | responsive pleading until **June 10, 2008**.

3

4 | DATED: 04/03/08

5

      *[signature]*
SALAH M. ALENAZI
Plaintiff

6

7 | DATED: 4/7/08

KAREN P. HEWITT
United States Attorney

*[signature]*
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov