KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAH M. ALENAZI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　　Defendants. | Case No. 08cv0247 IEG (CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of: **JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice:

　　　N/A

　　　I hereby certify that I have caused to be mailed the foregoing, by the U.S. Postal Service, to the following non-ECF participants in this case:

Plaintiff in *propria persona*,
Salah M. Alenazi
11211 Avenida de Los Lobos, #F
San Diego, CA 92127

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on April 7, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ana Strutton