UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAH M. ALENAZI,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; PAUL M. PIERRE, District Director of the United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services,<br><br>             Defendants. | Case No. 08cv0247 IEG (CAB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br>[Docket No. 8] |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 8) and finding the joint motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file their answer or responsive pleading in the above captioned matter is extended until June 10, 2008.

**IT IS SO ORDERED.**

**DATED: April 8, 2008**

                                                         */s/ Irma E. Gonzalez*
                                           **IRMA E. GONZALEZ, Chief Judge**
                                            **United States District Court**