KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAH M. ALENAZI,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; PAUL M. PIERRE, District Director of the United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services,<br><br>Defendants. | Case No. 08cv0247 IEG (CAB)<br><br>JOINT MOTION TO REMAND |

COME NOW THE PARTIES, Plaintiff Salah M. Alenazi, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant United States Attorney, and hereby jointly move the Court to remand this case to U.S. Citizenship and Immigration Services (USCIS) for adjudication. The undersigned attorney for the Defendants has informed the Plaintiff that the FBI has completed its name check and that USCIS is now prepared to complete its investigation and adjudication of Plaintiff's naturalization application. In the event the

//
//
//

1 | naturalization application is not adjudicated within sixty days of the Court's order remanding the case,
2 | Defendants do not object to Plaintiff being granted sixty days leave to amend his complaint.

DATED: 06/09/08

*[signature]*
SALAH M. ALENAZI
Plaintiff

DATED: 6/9/08

KAREN P. HEWITT
United States Attorney

*[signature]* Caroline J. Clark
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov