# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAH M. ALENAZI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; PAUL M. PIERRE, District Director of the United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 08cv0247 IEG (CAB)<br><br>ORDER GRANTING JOINT MOTION TO REMAND<br><br>USCIS No. A78 242 600<br><br>[Docket No. 10] |

Having considered the parties' Joint Motion to Remand to U.S. Citizenship and Immigration Services (Docket No. 10) and finding the motion meritorious, the Court GRANTS the motion to remand. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application within sixty days of this ORDER. Plaintiff has sixty days leave to amend his Complaint in the event the naturalization application is not adjudicated within sixty days of this ORDER.

**IT IS SO ORDERED.**

**DATED: June 11, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**